NICHOLAS CONTEY, PLAINTIFF-RESPONDENT, v. RICH-
FIELD VILLAGE, INC., SECTION 5, DEFENDANT-RE-
SPONDENT.

On petition for certification to Superior Court, Appellate
Division.

*Messrs. Carpenter, Bennett, Beggans & Morrissey* for the
petitioner.

*Mr. Julius Y. Schwartz, Mr. Raymond Chasan* and *Mr.
Joel A. Leyner* for the respondent.

January 16, 1956. Denied.

BOGUE ELECTRIC CO., APPELLANT-RESPONDENT, v.
BOARD OF REVIEW, *ET AL.*, RESPONDENTS-PETI-
TIONERS.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Clarence F. McGovern* for the petitioners.

*Mr. Gerald M. Freundlich* for the respondent.

January 23, 1956. Granted.